IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AUGUSTINE GONZALES, INDIVIDUALLY<br>AND ON BEHALF OF THE ESTATE OF<br>ROSALINDA GONZALES, DECEASED,<br>MONICA HERNANDEZ, PERLA MARTINEZ<br>(A.K.A. PERLA RODRIGUEZ) AND JOE<br>PEDRAZA, JR.<br>        *Plaintiffs*,<br><br>vs.<br><br>DOLORES TERRAVISTA HOUSING, LLC<br>AND INEZ GARCIA<br>        *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____ |

## AFFIDAVIT OF ROSA NOVOA

STATE OF __Calafornia__          §
                                 §
COUNTY OF __Los Angeles__        §

BEFORE ME, the undersigned authority, on this day personally appeared ROSA NOVOA, who, being by me duly sworn, deposed as follows:

"My name is ROSA NOVOA. I am over the age of eighteen (18) years, of sound mind, and competent to make this affidavit. I have never been convicted of a felony nor a misdemeanor involving moral turpitude. I am the Secretary for Pico Union Housing Corporation, and I have personal knowledge of the facts herein stated by virtue of my duties and responsibilities as Secretary of Pico Union Housing Corporation, and they are true and correct.

Dolores Terravista Housing, LLC is a Delaware limited liability company with its principal place of business in California. Its sole member is Pico Union Housing Corporation. Pico Union Housing Corporation is a California corporation, whose principal office is located at 1038 Venice Blvd. Los Angeles, CA 90015. Attached hereto are true and correct copies of corporate documents of Pico Union Housing Corporation and Dolores Terravista Housing, LLC on file with the Texas Secretary of State.

Ms. Inez Garcia was not employed by Dolores Terravista Housing, LLC prior to or on the date of the incident forming the basis of this suit. Ms. Inez Garcia was not the property manager at the Property from the date Dolores Terravista Housing, LLC purchased the Roselawn Apartments n/k/a The Meadows Apartments (the "Property") up until or on the date of the incident forming the basis of this suit."

Exhibit A

Further, Affiant sayeth naught.

SIGNED this __8__ day of October, 2021.

_Rosa M. Novoa_
ROSA NOVOA
Secretary,
Pico Union Housing Corporation

SWORN TO and SUBSCRIBED before me, the undersigned authority, on this the ___ day of October, 2021.

___See attached___
Notary Public in and for
the State of _____

My Commission Expires:

Exhibit A

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on

this __08__ day of __October__, 20__21__, by
     *Date*        *Month*       *Year*

(1) __Rosa  Martha  Novoa__

(and (2) _____N /A_____ ),
                   *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MAYRA SOLIS-MORAN
Notary Public · California
Los Angeles County
Commission # 2325854
My Comm. Expires Mar 30, 2024

*Place Notary Seal and/or Stamp Above*

Signature _____
                    *Signature of Notary Public*

─────────────────── OPTIONAL ───────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

Exhibit A