# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| AUGUSTINE GONZALES, Individually and on Behalf of the Estate of Rosalinda Gonzales, Deceased, MONICA HERNANDEZ, PERLA MARTINEZ (aka Perla Rodriguez), and JOE PEDRAZA, JR.<br>    *Plaintiffs*,<br><br>vs.<br><br>DOLORES TERRA VISTA HOUSING, LLC,<br>    *Defendant*. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. SA-21-CV-00965-HJB |

## PLAINTIFFS' NOTICE OF OFFER OF SETTLEMENT PURSUANT TO SCHEDULING ORDER

In accordance with the Court's order requiring the submission of a written offer of settlement, on behalf of Plaintiffs, the Court is advised that a written offer of settlement has been made to the Defendants in this case on today's date.

Dated: April 25, 2022

        Respectfully Submitted,

        By: /s/ *Jennifer A. Neal*
        FRANCISCO GUERRA, IV
        State Bar No. 00796684
        Email: fguerra@wattsguerra.com
        JENNIFER A. NEAL
        State Bar No. 24089834
        Email: jneal@wattsguerra.com
        MEREDITH STRATIGOPOULOS
        State Bar No. 24110416
        Email: mdrukker@wattsguerra.com
        CHLOE R. SHRODE
        State Bar No. 24108874
        Email: cshrode@wattsguerra.com
        WATTS GUERRA LLP

>4 Dominion Drive, Building 3 – Suite 100
>San Antonio, Texas 78257
>Telephone: (210) 447-0500
>Fax: (210) 447-0501
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify the foregoing document was electronically filed on the 25th day of April, 2022, using the court's CM/ECF system, which will provide a notice of electronic filing to all counsel of record.

Henry B. Gonzalez III                                                                                   *via E-Filing*
GONZALES CHISCANO ANGULO & KASSON, P.C.
901 McAllister Freeway, Suite 401
San Antonio, Texas 78216

>*/s/ Jennifer A. Neal*
>JENNIFER A. NEAL