UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of Case: Augustine Gonzales et al. v. Dolores Terravista Housing, LLC and Inez Garcia; in the U.S. District Court for the Western District of Texas, San Antonio Division

2. Civil action number:  5:21-CV-00965

3. Date of Mediation:  July 11, 2022

4. When did the case settle?   ❏ Before ADR   ✔ In ADR   ❏ Did not settle

5. What was your total fee?  $3,750.00

6. How was this Mediation initiated?  ❏ by court order   or   ✔ agreement of the parties

7. Additional comments: _____
   _____


___/s/ Joseph Casseb_____          Date: July 11, 2022
Joseph Casseb, Neutral
jcasseb@goodelaw.com
State Bar No. 03974500
P.O. Box 120480
San Antonio, Texas  78212
(210) 733-6030